IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THERESA WEIRBACH and CHARLES ZIMMER, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE CELLULAR CONNECTION, LLC,<br><br>　　　　　　　　　Defendant. | CIVIL ACTION<br><br>Case No. 5:19-CV-05310-JWD |

## DECLARATION OF STEVEN F. POCKRASS, ESQ. IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION AND JUDICIAL NOTICE

I, Steven F. Pockrass, am an attorney who represents Defendant The Cellular Connection, LLC in this matter. I am admitted to practice *pro hac vice* in this matter. I declare, under the penalty of perjury, that the foregoing is true and correct based upon my knowledge, information, and belief:

1. I am a shareholder at Ogletree, Deakins, Nash, Smoak & Stewart, P.C. in our Indianapolis, IN office and I am counsel to Defendant in this matter.

2. A true and correct copy of the declaration of Michael Trimble is attached as **Exhibit 1**.

3. A true and correct copy of the declaration of Sarah Jennings is attached as **Exhibit 2**.

4. A true and correct copy of the declaration of Thomas Springer is attached as **Exhibit 3**.

5. A true and correct copy of the declaration of Randy Fink is attached as **Exhibit 4**.

1

      6.      A true and correct copy of the declaration of Robin Fahey is attached as **Exhibit 5**.

      7.      A true and correct copy of the declaration of Zach Hess is attached as **Exhibit 6**.

      8.      A true and correct copy of the declaration of Jeff Falk is attached as **Exhibit 7**.

      9.      A true and correct copy of the declaration of Nicki Vandyke is attached as **Exhibit 8**.

      10.      A true and correct copy of the declaration of Shawn Stemmler is attached as **Exhibit 9**.

      11.      A true and correct copy of the declaration of Kevin Schrouder is attached as **Exhibit 10**.

      12.      A copy of Defendant's proposed Court-Authorized Notice is attached as **Exhibit 11**.

Dated: March 6, 2020

                                              */s/ Steven F. Pockrass*_____
                                              Steven F. Pockrass, Esq.