IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THERESA WEIRBACH and CHARLES ZIMMER on behalf of themselves and all others similarly situated,**<br><br>*Plaintiff*<br><br>v.<br><br>**THE CELLULAR CONNECTION, LLC,**<br><br>*Defendant* | Case No. 5:19-cv-05310-JDW |

## ORDER

**AND NOW**, this 10th day of November, 2020, upon consideration of Plaintiffs' Unopposed Motion for Approval of Collective Action Settlement (ECF No. 59), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that, pursuant to 29 U.S.C. § 216(b), the Motion is **GRANTED**.

It is **FURTHER ORDERED** that the Court certifies a collective consisting of all current and former hourly employees of The Cellular Connection, LLC ("TCC") who worked as Sales Representatives and/or Technical Advisors for TCC in the United States for at least one week any time from August 21, 2017, through August 20, 2020.

It is **FURTHER ORDERED** that the proposed settlement is **APPROVED**.

It is **FURTHER ORDERED** that Plaintiffs' claims against Defendant are **DISMISSED WITH PREJUDICE**.

It is **FURTHER ORDERED** that the Court will retain jurisdiction over this matter for purposes of enforcing the settlement.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.